# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | **CHAPTER 7 CASE** |
| Robert Gunderson<br>Sharon Gunderson | **CASE NO. 09-44415 RJK** |
| Debtors. | **ORDER** |

This case came before the court on the motion of U.S. Bank, N.A. seeking relief from the stay imposed by 11 U.S.C. § 362. Based upon the files and records,

IT IS ORDERED: The movant, its assignees or successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 16, 2003, executed by Sharon L Gunderson and Robert R Gunderson, wife and husband, recorded on July 2, 2003, as Document No. 511949, covering real estate located in Sherburne County, Minnesota, legally described as

> Lot 8 Block 1 Heritage Landing Sherburne County Minnesota

and may pursue its remedies under state law in connection with the mortgage deed.

Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: October 22, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/22/2009*
Lori Vosejpka, Clerk, by LMH